

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 8, 2021

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**  *United States v. Lian Qiu*, **S2 20 Cr. 51 (PAC)**

Dear Judge Crotty:

    A status conference in the above-captioned case is currently scheduled for September 9, 2021, regarding defendant Lian Qiu. The Government respectfully writes to request, on consent of defendant Lian Qiu, an adjournment of the status conference for approximately 30 days.

    The Government further requests, on consent, that the time between September 9, 2021, and the next conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice. The exclusion of time will allow the parties to continue discussing a potential resolution of the case without trial.

                                      Respectfully submitted,

                                        AUDREY STRAUSS
                                        United States Attorney

                           by:  /s/_____
                                        Micah F. Fergenson
                                        Assistant United States Attorney
                                        (212) 637-2190

cc:  Jeffrey Pittell, Esq.  (By ECF)

                                        9-9-2021
                                        A status conference will be held in courtroom 14-C on Tuesday, October 12, 2021 at 12 noon. Time is excluded through SO ORDERED.