# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
42-40 Bell Blvd, Suite 302
Bayside, New York 11361
Tel (516) 829-2299
jp@jpittell.com

*Long Island Office*
10 Bond St, Suite 389
Great Neck, New York 11021
Tel (516) 829-2299
jp@jpittell.com

October 5, 2021

Hon. Paul A. Crotty
U.S. District Court Judge
U.S. District Court
500 Pearl St.
New York, NY 10007

10/7/4
The Conference is rescheduled to
11/30/21 @ 3 pm. Time is excluded
So ordered
Paul A Crotty
USDJ

Re:   *U.S. v. Zou, et al,* {Lian Qui} 20 cr 51 (PAC)

Dear Judge Crotty:

I am counsel for Lian Qui, a defendant in the above referenced matter.

Currently the case is scheduled for a status conference on October 22, 2021. On behalf of all parties, I respectfully request the conference be rescheduled to November 30, 2021 at 3:00 pm. It is my understanding this date is available on the court's calendar and the parties are available as well.

I consent to an exclusion of time, under the Speedy Trial Act, from today's date to the adjourn date.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:   Micah Fergenson, AUSA