## MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
42-40 Bell Blvd, Suite 302
Bayside, New York 11361
Tel (516) 829-2299
jp@jpittell.com

*Long Island Office*
10 Bond St, Suite 389
Great Neck, New York 11021
Tel (516) 829-2299
jp@jpittell.com

November 28, 2021

*[Handwritten: The matter is adjourned to January 5, 2022 @2:30PM. Time is to be excluded / So ordered. /s/ Paul A. Crotty USDJ]*

Hon. Paul A. Crotty
U.S. District Court Judge
U.S. District Court
500 Pearl St.
New York, NY 10007

Re:   U.S. v. Zou, et al, {Lian Qui} 20 cr 51 (PAC)

Dear Judge Crotty:

I am counsel for Lian Qui, a defendant in the above referenced matter.

Currently the case is scheduled for a status conference on November 30, 2021. The parties have been discussing a non-trial resolution of the case and need additional time to continue this discussion. Accordingly, with consent of the Government, I respectfully request the conference be adjourned for approximately thirty days to a date mutually available on the court's and parties' calendars.

I consent to an exclusion of time, under the Speedy Trial Act, from November 30, 2021 to the adjourn date.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:   Micah Fergenson, AUSA