# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
42-40 Bell Blvd, Suite 302
Bayside, New York 11361
Tel (516) 829-2299
jp@jpittell.com

*Long Island Office*
10 Bond St, Suite 389
Great Neck, New York 11021
Tel (516) 829-2299
jp@jpittell.com

May 4, 2022

Hon. Paul A. Crotty
U.S. District Court Judge
U.S. District Court
500 Pearl St.
New York, NY 10007

5/6/2022
Sentencing is adjourned to
July 12, 2022 at 11:30AM.
SO ORDERED.

*/s/ Paul A. Crotty*

Re:   U.S. v. Zou, et al, {Lian Qui} 20 cr 51 (PAC)

Dear Judge Crotty:

I am counsel for Lian Qui, a defendant in the above referenced matter.

Please accept this letter in lieu of a formal motion for an adjournment of Mr. Lian's sentencing scheduled for May 10, 2022.

Principally, I make this request as I am awaiting a translation and transcription (from English to Chinese) of the Presentence Investigation Report issued in this case. I have submitted a request for CJA authorization of the expense and await approval.

The Government indicates they consent to this request.

Accordingly, I respectfully request the sentence be adjourned for approximately sixty days, to a date during mid-July, or thereafter, which is available on the parties and Court's calendar.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:   Micah Fergenson, AUSA