# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
**Tel (516) 829-2299**
*jp@jpittell.com*

*Long Island Office*
**10 Bond St, Suite 389**
**Great Neck, New York 11021**
**Tel (516) 829-2299**
*jp@jpittell.com*

June 28, 2022

Hon. Paul A. Crotty
U.S. District Court Judge
U.S. District Court
500 Pearl St.
New York, NY 10007

7/5/2022
Sentencing is adjourned to
Tuesday, September 13, 2022 at
4:30 PM. SO ORDERED.

*/s/ Paul A. Crotty*

Re:    *U.S. v. Zou, et al,* {Lian Qui} 20 cr 51 (PAC)

Dear Judge Crotty:

I am counsel for Lian Qui, a defendant in the above referenced matter.

Please accept this letter in lieu of a formal motion for an adjournment of Mr. Lian's sentencing scheduled for July 12, 2022.

Previously there was delay in this matter as I was awaiting receipt of a translation and transcription (from English to Chinese) of the Presentence Investigation Report ("PSR") issued in this case. I have since received the translated PSR and it to Mr. Lian. At this point, principally, I seek additional time to meet with Mr. Lian in order to discuss the PSR and to prepare a Sentencing Memorandum on his behalf.

The Government indicates they consent to this request.

Accordingly, I respectfully request the sentence be adjourned for approximately sixty days, to a date during mid-September, or thereafter, which is available on the parties and Court's calendar.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:    Micah Fergenson, AUSA